**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

HAROLD E. RUTILA, IV,

*Plaintiff,*

vs.

Consolifi USA, et. al,

*Defendants.*

Case No. 2:25-cv-10355-TGB-DRG

[Assigned to the Honorable Terrence G. Berg]

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff hereby notifies the Court that all parties have agreed to privately settle all claims alleged in this case. Plaintiff hereby files this Notice of Voluntary Dismissal, pursuant to FED. R. CIV. PROC. 41(a), and requests that the Court dismiss this case with prejudice.

Respectfully submitted,

DATED: March 6, 2025

s/ Harold E. Rutila, IV

Harold E. Rutila, IV
*Pro Se*
11800 Merriman Rd #51552
Livonia, MI 48151
(810) 845-3497
h.rutila@gmail.com

**CERTIFICATE OF SERVICE**

On March 6, 2025, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Eastern District of Michigan, using the electronic case filing system of the Court. I hereby certify that I have served all counsel and/or *pro se* parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

s/ Harold Edward Rutila IV
Harold Edward Rutila IV
*Pro Se*